## 10470. HAVERTY FURNITURE COMPANY *v.* HUNTER.

JENKINS, P. J. Even under the ruling in the case of *Knight* v *Savannah Electric Co.*, 20 *Ga. App.* 314 (93 S. E. 17), as to which a question is now pending for determination by the Supreme Court in another case certified to that court by this court, it can not be said as a matter of law that in this case a judgment for the defendant was absolutely demanded. It therefore follows that the defendant can not complain because the trial court, in the exercise of its discretion, has seen proper to grant the motion of the plaintiff for the first grant of a new trial, thereby setting aside the judgment in the amount of the plaintiff's recovery. If the plaintiff is entitled to recover at all, the evidence does not demand that the verdict be limited to the amount named in the judgment. See *Parks* v. *Stevens*, 21 *Ga. App.* 180 (94 S. E. 60), and cases cited.

*Judgment affirmed. Stephens and Smith, JJ., concur.*
DECIDED OCTOBER 20, 1919.

Action for damages; from Fulton superior court—Judge Ellis. January 11, 1919.

*Little, Powell, Smith & Goldstein, King & Spalding,* for plaintiff in error.

*M. U. Mooty, Brewster, Howell & Heyman,* contra.

---

## 10475. WARLICK *v.* McLEOD.

JENKINS, P. J. This case is an application for discharge in a bail-trover proceeding. The court did not err in discharging the applicant upon his own recognizance, since there was evidence to authorize a finding to the effect: (1) that the applicant was at the time the application was made, and had since remained, in the legal custody of the sheriff (*Everett* v. *Holcomb*, 1 *Ga. App.* 794, 58 S. E. 287); (2) that he was unable to give the bond and security required by law; and (3) that the nonproduction of the property sued for was a physical impossibility at the time of the issuance of the writ, which condition had continued to exist without subsequent fault or misconduct on the part of the applicant. *Marsh* v. *Ben. H. Fletcher Co.*, 17 *Ga. App.* 735 (88 S. E. 416).

*Judgment affirmed. Stephens and Smith, JJ., concur.*
DECIDED OCTOBER 20, 1919. REHEARING DENIED NOVEMBER, 19, 1919.

Application for discharge from custody; from Floyd superior court—Judge Wright. February 15, 1919.

*Henry Walker,* for plaintiff in error.

*L. H. Covington,* contra.